**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01380-CV

**STACEY D. HOWARD, Appellant**

**V.**

**JACK V. LOWERY, ET AL., Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04354-2013**

## ORDER

We **GRANT** appellant's November 30, 2015 motion for an extension of time to pay the filing fee. Appellant shall pay the filing fee **WITHIN FORTY-FIVE DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE